PAUL LOWE, JR. *v.* CITY OF SHELTON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 83 Conn. App. 750 (AC 24496), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Paul Lowe, Jr.*, pro se, in support of the petition.

*Jesse A. Langer*, in opposition.

Decided September 15, 2004

LAWRENCE E. TOWNSEND *v.* COMMISSIONER OF CORRECTION

The petitioner Lawrence E. Townsend's petition for certification for appeal from the Appellate Court, 83 Conn. App. 902 (AC 24614), is denied.

*Lawrence E. Townsend*, pro se, in support of the petition.

Decided September 15, 2004

STATE OF CONNECTICUT *v.* LIAM MCKIERNAN

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 31 (AC 22839), is denied.

*Richard W. Callahan*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 15, 2004